### 6433. BROWN *v.* HARLING.

BROYLES, J. 1. Under the pleadings and the evidence, the controlling question in this case is: Was the plaintiff in the court below (a real-estate agent) the procuring cause of the sale of the property? This question was settled in his favor by the jury, and there was some evidence to sustain their finding.

2. No material error of law appears, and the appellate division of the municipal court of Atlanta did not err in overruling the motion for a new trial. *Judgment affirmed.*

DECIDED JANUARY 11, 1916.

Complaint; from municipal court of Atlanta. February 5, 1915.

*Thomas E. Scott, Albert Kemper,* for plaintiff in error.